IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                       PLAINTIFF

V.                              No: 3:15-cv-313-DPM

JOEY MARTIN, Administration, Poinsett
County Detention Center                                      DEFENDANT

## ORDER

Addison moves to proceed *in forma pauperis* in this § 1983 case; but he's

a three-striker.  28 U.S.C. § 1915(g).  Before filing this lawsuit, Addison had at

least three cases dismissed for failing to state a claim.  *E.g.*, *Addison v. Martin*,

3:15-cv-1-JM; *Addison v. Muse*, 3:15-cv-133-JM; *Addison v. Martin*, 3:15cv-96-

DPM.  And nothing in his new complaint suggests he's in imminent danger

of serious physical injury.  28 U.S.C. § 1915(g).  His application to proceed *in*

*forma pauperis*, № 1, is therefore denied.

Addison's complaint will be dismissed without prejudice.  An *in forma*

*pauperis* appeal from this Order and accompanying Judgment will not be

taken in good faith.  28 U.S.C. § 1915(a)(3).  If Addison wants to pursue this

case, then he must pay $400.00 (the statutory filing and administrative fees)

and file a motion to reopen the case by 28 November 2015.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

28 October 2015