IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                              PLAINTIFF

V.                          No: 3:15-cv-313-DPM

JOEY MARTIN, Administration, Poinsett
County Detention Center                                              DEFENDANT

JUDGMENT

Addison's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

28 October 2015